# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>**DORIS JANE ROBERTSON**<br>Date of Original Judgment: August 16, 2011<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | Case No: CR-10-00049-002-RAW<br>USM No: 05200-063<br><br>Pro se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　　■ **DENIED.**　☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

A review of Ms. Robertson's guideline computations, pursuant to the United States Sentencing Commission's retroactive Guideline Amendment 750, reflects there is no change in the offense level applicable to the quantity of cocaine base involved in this case (44.55 grams), and the statutory minimum term of imprisonment applicable at the time of sentencing continues to be 60 months; therefore, Ms. Robertson is not entitled to a further reduction in the term of imprisonment imposed on August 16, 2011.

Except as otherwise provided, all provisions of the judgment dated August 16, 2011 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 25, 2012

*/s/ Ronald A. White*
Ronald A. White
United States District Judge
Eastern District of Oklahoma

Effective Date: _____
*(if different from order date)*